**Fill in this information to identify the case:**

Debtor 1: Teresa Murawski

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 23-06805    DDC

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): NA

**Last 4 digits** of any number you use to identify the debtor's account: 7 3 0 0

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/23/2023

**New total payment:**
Principal, interest, and escrow, if any: $ 825.93

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Interest Rate Change

   Current interest rate: 7.4300 %    New interest rate: 7.6800 %

   Current principal and interest payment: $ 828.57    New principal and interest payment: $ 825.93

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 __Teresa Murawski__                    Case number (if known) __23-06805__
         First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/S/ Jennifer Wagstaff__                    Date __07/28/2023__
Signature

Print:   __Jennifer Wagstaff__                    Title __Bankruptcy Specialist__
         First Name   Middle Name   Last Name

Company  __PNC Bank, N.A.__

Address  __PO Box 94982__
         Number   Street

         __Cleveland__            __OH__   __44101__
         City                     State    ZIP Code

Contact phone __855-245-3814__          Email __bankruptcy.administration.internal@pnc.com__

Official Form 410S1                Notice of Mortgage Payment Change                page 2

UNITED STATES BANKRUPTCY COURT

Northern District of Illinois (Eastern Division)

| IN RE: Teresa Murawski | Case No. 23-06805 |
| --- | --- |
| | Judge David D. Cleary |
| | Chapter 13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 07/28/2023 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Arthur Corbin
Trustee: Marilyn O Marshall
Office of the United States Trustee

Further, I certify that, on 07/28/2023 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Teresa Murawski
250 W. Parliament PL Apt. 218
Mount Prospect, IL 60056-1061

By: /s/ Jennifer Wagstaff
Jennifer Wagstaff
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814